UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GEORGE W. BILLINGS III            JURY TRIAL DEMANDED

v.            CASE NO. 3:06CV

PORTFOLIO RECOVERY ASSOCIATES, LLC

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), l5 U.S.C. § 1692; and the Connecticut Creditor Collection Practices Act, Conn. Gen. Stat. § 36a-645 and regulations issued thereunder; and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court has jurisdiction. 15 U.S.C. § 1692k; 28 U.S.C. §133l, § 1367.

3. Plaintiff is a natural person who resides in Connecticut.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA.

6. On September 14, 2006, defendant purported to have purchased a Citibank account in the name of plaintiff which had been charged off in 1995.

7. Defendant sent plaintiff a collection letter dated October 26, 2006, which sought amounts neither permitted by law nor authorized by the agreement creating the debt.

8. Said letter demanded proof from the plaintiff of any claim that the account was disputed for certain reasons.

9. If defendant purchased any account of plaintiff's, it had knowledge or reason to believe that he was represented by attorney on the account.

FIRST COUNT

10. In the collection efforts, defendant violated the FDCPA, *inter alia*, § 1692c, -e, -f, or -g.

SECOND COUNT

11. Within three years prior to the date of this action Defendant engaged in acts and practices as to plaintiff in violation of the Creditors' Collection Practices Act, §36a-645 *et seq.*, or the Consumer Collection Agency Act, § 36a-800 *et seq.* Conn. Gen. Stat.

12. Defendant committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq.*

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages for each communication and from each defendant;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and further relief as law or equity may provide.

            THE PLAINTIFF

            BY__/s/ Joanne S. Faulkner__
            JOANNE S. FAULKNER ct04137
            123 AVON STREET
            NEW HAVEN, CT 06511-2422
            (203) 772-0395
            j.faulkner@snet.net