UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GEORGE W. BILLINGS, III<br>　　　　Plaintiff, | :　NO. 3:06CV01804 (JBA)<br>:<br>: |
| v. | :<br>: |
| PORTFOLIO RECOVERY<br>ASSOCIATION, LLC<br>　　　　Defendant. | :<br>:<br>:　JULY 9, 2007 |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The plaintiff and defendant, by and through the undersigned, hereby stipulate that the above entitled action shall be dismissed with prejudice to plaintiff on his complaint and without costs and/or attorney's fees to any party.

| THE PLAINTIFF<br>GEORGE W. BILLINGS, III | THE DEFENDANT<br>PORTFOLIO RECOVERY<br>ASSOCIATES, LLC |
|---|---|
| By: _____<br>　　Joanne S. Faulkner (ct04137) | By: _____<br>　　Jonathan D. Elliot (ct05762) |
| 　　Law Offices of Joanne Faulkner<br>　　123 Avon Street<br>　　New Haven, CT 06511<br>　　Tel: (203) 772-0395<br>　　Email: faulknerlawoffice@snet.net | 　　Zeldes, Needle & Cooper, P.C.<br>　　1000 Lafayette Boulevard<br>　　Bridgeport, CT 06604<br>　　Telephone: (203) 333-9441<br>　　Facsimile: (203) 333-1489<br>　　E-Mail: jelliot@znclaw.com |